IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:00cr141 |
| Plaintiff, | ) ) ) | |
| v. | ) | ORDER |
| EDWARD EUGENE BROWN, | ) ) ) | |
| Defendant. | ) | |

Defendant Edward Eugene Brown appeared before the court on December 21, 2006 on a Petition for Summons for Offender Under Supervision [24]. The defendant was represented by Assistant Federal Public Defender David O'Neill and the United States was represented by Assistant U.S. Attorney Susan Lehr. The defendant waives preliminary hearing. The government did not move for detention. The defendant was released on current conditions of supervision.

IT IS ORDERED:

1. The Federal Public Defender's office is reappointed to represent the defendant..

2. A final disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 1:00 p.m., on January 30, 2007.** Defendant must be present in person.

3. Defendant is released on current conditions of supervision.

Dated this 22nd day of December, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge